150 So.2d 587

**DAMERON–PIERSON COMPANY, Ltd.**

**v.**

**Lester BRYANT and Richard E. Brown, Jr., Administrator, Division of Employment Security, Department of Labor, State of Louisiana.**

**No. 46593.**

**March 12, 1963.**

Court of Appeal, First Circuit.   148 So.2d 388.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

150 So.2d 587

**Calistro GARCIA et al.**

**v.**

**ANCHOR CASUALTY COMPANY et al.**

**No. 46596.**

**March 12, 1963.**

Court of Appeal, First Circuit.   148 So.2d 371.

Writ granted, but limited to Mrs. Esther Garcia, individually, and in all other respects it is refused.